1 | Martin E. Rosen (108998), mrosen@bargerwolen.com
2 | Ophir Johna (228193), ojohna@bargerwolen.com
BARGER & WOLEN LLP
3 | 633 West Fifth Street, 47th Floor
Los Angeles, California  90071
4 | Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

5 | Attorneys for Defendants Crown Life Insurance
Company and Reassure America Life Insurance
6 | Company

FILED
CLERK U.S. DISTRICT COURT

DEC 19 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GLASSMAN, an individual; MARILYN GLASSMAN, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CROWN LIFE INSURANCE COMPANY, a Canadian Corporation, LONE STAR LIFE INSURANCE COMPANY, a Texas Corporation, REASSURE AMERICA LIFE INSURANCE COMPANY, an Indiana Corporation and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO.: CV 11-3576 SVW (JCx)<br><br>[PROPOSED] JUDGMENT |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

[PROPOSED] JUDGMENT

1   Having granted Defendants Crown Life Insurance Company and Reassure
2   America Life Insurance Company's (collectively, "Defendants") motion to dismiss
3   the entire complaint of Plaintiffs Andrew Glassman and Marilyn Glassman
4   ("Plaintiffs") pursuant to Federal Rule of Civil Procedure 12(b)(6), without leave to
5   amend, this Court hereby orders, decrees, and adjudicates as follows:
6
7   Judgment is entered in favor of Defendants and against Plaintiffs as to the
8   entire action. Plaintiffs shall take nothing by way of their complaint, ~~and Defendants~~
9   ~~shall recover costs of suit from Plaintiffs in the amount of $~~ _____.

10
11  DATED: 12/15/2011          _____
12
13                              HON. STEPHEN V. WILSON
                                United States District Judge
14
...
28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-
[PROPOSED] JUDGMENT